UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ Original Plan
☒ 3rd Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Carlos Javier Valentin    JOINT DEBTOR: _____    CASE NO.: 22-17294-PDR
SS#: xxx-xx- 2287                 SS#: xxx-xx- _____

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,464.22 for months 1 to 27 ;
2. $1,294.37 for months 28 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $5,700.00 | Total Paid: | $1,150.00 | Balance Due: | $4,550.00 |
|---|---|---|---|---|---|
| Payable | $230.62 | /month (Months 1 to 5 ) | | | |
| Payable | $154.41 | /month (Months 6 to 27 ) | | | |
| Payable | $0.00 | /month (Months 28 to 60 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Base Fee $4,500.00 + (2) MT Est. Int. Rate $525.00 each; General Cost $150.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS   ☐ NONE

A. **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Regional Acceptance Corporation
   Address: P.O Box 1847, 100-50-01-51 Wilson, NC 27894
   Arrearage/ Payoff on Petition Date    $6,955.46 + 5.25% = $7,923.60
   Payoff (Including 5.25% interest)    $132.06 /month (Months 1 to 60 )

   Last 4 Digits of _____

LF-31 (rev. 04/01/22)

Account No.: 2278
Other: (POC# 4)

☐ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: 2016 Volkswagen Jetta, VIN: 3VWD67AJ1GM367848

2. Creditor: Karanda Village VII Condominium Association, Inc
   Address: Robert C. Martin, Esq.
            319 SE 14 Street
            Ft. Lauderdale, FL 33316

   Arrearage/ Payoff on Petition Date    $15,741.59
   Arrears Payment (Cure)                $262.36   /month (Months 1 to 60)
   Regular Payment (Maintain)            $447.44   /month (Months 1 to 60)
   Special Assessment                    $69.97    /month (Months 1 to 60)

   Last 4 Digits of Account No.: N/A
   Other:

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
4132 Carambola Circle South, Apt# F204
Coconut Creek, FL 33066

☐ Personal Property/Vehicle

Description of Collateral: (POC# 2)

3. Creditor: Neal J. White
   Address: 8 Woodlawn Avenue
            Wellesley, MA 02481

   Arrearage/ Payoff on Petition Date    $2,519.10
   Arrears Payment (Cure)                $41.99   /month (Months 1 to 60)

   Last 4 Digits of Account No.: 0100
   Other:

■ Real Property
  ■ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay   ☐ taxes   ■ insurance directly

Address of Collateral:
4132 Carambola Circle South, Apt# F204
Coconut Creek, FL 33066

☐ Personal Property/Vehicle

Description of Collateral: Property Taxes for 2021

4. Creditor: The Township Community Master Association, Inc.
   Address: Robert C. Martin, Esq.
            319 SE 14 Street
            Ft. Lauderdale, FL 33316

   Arrearage/ Payoff on Petition Date    $3,043.79
   Arrears Payment (Cure)                $50.74   /month (Months 1 to 60)

| Last 4 Digits of Account No.: | N/A | Regular Payment (Maintain) | $55.34 /month (Months 1 to 60) |

Other: (POC# 1)

☒ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☒ The debtor(s) will pay   ☐ taxes   ☒ insurance directly

Address of Collateral:
4132 Carambola Circle South, Apt# F204
Coconut Creek, FL 33066

☐ Personal Property/Vehicle

Description of Collateral:

---

5. Creditor: Heiko Schneider
   Address: 1226 NW 170th Ter
          Pembroke Pines, FL 33028

Arrearage/ Payoff on Petition Date: $2,435.02
Arrears Payment (Cure): $40.59 /month (Months 1 to 60)

Last 4 Digits of Account No.: N/A

Other: (POC # 7)

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☒ The debtor(s) will pay   ☐ taxes   ☒ insurance directly

Address of Collateral:
4132 Carambola Circle South, Apt# F204
Coconut Creek, FL 33066

☐ Personal Property/Vehicle

Description of Collateral: Property Taxes for 2020

**B. VALUATION OF COLLATERAL:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | OneMain Financial Group, LLC | 2327 | 2004 Dodge Durango VIN: 1D4HB58D24F205651 |

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Broward County c/o Records, Taxes & Treasury | 0100 | 2022 Property Taxes. Homestead: 4132 Carambola Circle South, Apt# F204, Coconut Creek, FL 33066 |

**IV.    TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ■ NONE

**V.    TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

    **A.** Pay  $0.00  /month (Months  1  to  5  )

        Pay  $76.21  /month (Months  6  to  60  )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.**  ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.**  SEPARATELY CLASSIFIED:  ■ NONE

**VI.    STUDENT LOAN PROGRAM**  ■ NONE

**VII.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ■ NONE

**VIII.  INCOME TAX RETURNS AND REFUNDS:**

    ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX.    NON-STANDARD PLAN PROVISIONS**  ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Payment to Neal J. White and Heiko Schneider Tax Deed Holders for 2020 and 2021 Property taxes includes 5% interest.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*Carlos J. Valentin*    Debtor    12/8/2022 | 8:58 AM PST        Joint Debtor
Carlos Javier Valentin            Date                                    Date

_____    _____
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]        Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.